# Exhibit "B"

**[*Process, Pleadings, and Orders Filed in the Underlying State Court Action*]**

ELECTRONICALLY FILED
10/30/2019 12:31 PM
02-CV-2019-902914.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>02-CV-2019-902914.00<br><br>Date of Filing:   Judge Code:<br>10/30/2019 |
|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### BARRY YEAGER ET AL v. ADVANCED DISPOSAL SERVICES, ALABAMA, LLC ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

---

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

---

**ORIGIN:**  F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER

R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

---

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

---

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

---

**ATTORNEY CODE:**
KIT008

10/30/2019 12:31:53 PM
Date

/s/ William Bradford Kittrell
Signature of Attorney/Party filing this form

---

**MEDIATION REQUESTED:**   ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**   ☐ YES ☑ NO

ELECTRONICALLY FILED
10/30/2019 12:31 PM
02-CV-2019-902914.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| **BARRY YEAGER and RAMONA YEAGER,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | *     **CV-2019-** |
| | * |
| **ADVANCED DISPOSAL SERVICES ALABAMA, LLC; ADVANCED DISPOSAL SERVICES MOBILE TRANSFER STATION, LLC; MR BULT'S, INC.** | * |
| | * |

**DEFENDANTS A, B, C, and D** whether singular or plural, being those persons, corporations, firms, or other entities responsible for the discharge or emission of waste odors into the environment which is causing damage to Plaintiffs; E, F, and G, whether singular or plural, being those persons, corporations, firms, or other entities responsible for creating, causing and/or continuing to commit the odor nuisance and/or negligence and/or wantonness causing damage to the Plaintiffs, H, I, and J, whether singular or plural, being those persons, corporations, firms, or other entities who own, supply or manage the transfer station which is causing damage to Plaintiffs, the identities of said fictitious parties being unknown to the Plaintiffs at present, or if known, the identities as proper parties cannot be ascertained at this time, but will be substituted by amendment upon learning their true identity, unless otherwise stated, the word Defendant shall include all Defendants, including those presently denominated as fictitious parties

## **COMPLAINT**

COMES NOW the Plaintiffs, Barry Yeager and Ramona Yeager herein, by

and through undersigned counsel, and file this Complaint against the Defendants as follows:

1.       Plaintiffs Barry and Ramona Yeager are adult resident citizens who reside at 5751 Carol Plantation Rd., Theodore, AL 36582.

2.       Defendants ADVANCED DISPOSAL SERVICES ALABAMA, LLC and ADVANCED DISPOSAL SERVICES MOBILE TRANSFER STATION, LLC; and MR BULT'S, INC. and Illinois corporation, (hereinafter collectively, "Advanced Disposal") are Delaware corporations, doing business in the state of Alabama. At all material times herein, Advanced Disposal engaged in the business of solid waste collection and disposal; collection and recycling services for residential, commercial and industrial and construction customers.

3.       Defendants ADVANCED DISPOSAL own and/or operate landfills and transfer station facilities in Mobile, Alabama including the Carol Plantation Rd. transfer station facility from which the subject nuisance originates.

4.       Defendants A, B, C, and D, whether singular or plural, are those persons, corporations, firms, or other entities responsible for the discharge or emission of waste odors into the environment in the vicinity of Plaintiffs' residence whose identities are unknown to the Plaintiffs at present, or if known, the identities as proper parties cannot be ascertained at this time, but will be substituted by amendment upon learning their true identity.

5.       As used herein, the term "Defendants" means the Advanced Disposal Defendants and Defendants A through D.

6.     In or around 2011, Defendants hired an outside firm to survey, design and construct a proposed waste transfer station to be located at or around 5740 Carol Plantation Road. The location of the proposed transfer station was not in an industrial or commercially zoned area but, instead, was within 500 feet of Plaintiff's residence and a recreational park already in existence.

7.     Defendants built the transfer station in the proposed location. The transfer station is owned by Defendants. The transfer station activities consist of a high volume of garbage and trash laden dump trucks that ride in and out of the transfer station on a daily basis. The transfer station is directly across the street from Plaintiff's home. At the transfer station, Defendants deposit and transfer waste of residential, commercial and industrial and construction customers.

8.     Defendants have negligently operated this transfer station, said transfer station being within 500 feet of Plaintiff's home.  As a proximate result of such negligence, Defendants have exposed and continue to expose Plaintiffs and their property to noxious waste product odors, and vermin infestation, which are annoying, unpleasant, obnoxious and disturbing to the Plaintiffs.  Such odors and infestation prevent, interfere with, and disrupt Plaintiffs' and their quality of life and the use and enjoyment of their home.  Plaintiffs' dwelling and property has been devalued due to such.  Such nuisance has caused substantial hurt, inconvenience, emotional distress, and special damage to Plaintiffs and their home.

9.     Defendants have negligently caused or allowed the release of waste

emissions, and a vermin infestation, and have caused and created a nuisance associated with such which has damaged the Plaintiffs as aforesaid.

10.     Defendants were made aware of the odors and vermin infestation referenced hereinabove, and have negligently failed to investigate and rectify the situation.  To date, Defendants have still negligently failed and/or refused to remediate the odor, knowing the odor continues to escape the facility, into the air and damage Plaintiffs. Further, Defendants have negligently failed or refused to remediate the vermin infestation. As a proximate result, Plaintiffs have been damaged as aforesaid.

11.     Defendants' wrongful acts as aforesaid in subjecting Plaintiffs to the noxious odors and vermin infestation constitute the tort of nuisance pursuant to Ala. Code 1975 §6-5-120 and the common law.  As a proximate result, Plaintiffs have been damaged as aforesaid.

12.     The aforementioned conduct is continuous, ongoing, and has become worse in the last 12 months in the nature of the ADS operations.

<u>COUNT ONE</u>

13.     The preceding allegations of this Complaint are incorporated herein by reference.

14.     Defendants are guilty of creating a nuisance, which has damaged the Plaintiffs as aforesaid.

WHEREFORE,   the   premises   considered,   Plaintiffs   demand

judgment against Defendants, jointly and severally, for compensatory damages.

## COUNT TWO

15.   The preceding allegations of this Complaint are incorporated herein by reference.

16.    The acts and/or omissions of the Defendants constitute wanton conduct.

17.    As a direct and proximate consequence of the Defendants' wanton conduct, the Plaintiffs, have been damaged as set forth herein above.

WHEREFORE, the above-premises, the Plaintiffs demand judgment against the Defendants for compensatory and punitive damages in excess of the jurisdictional limits of this Court, plus interest and costs

## COUNT THREE

18.   The preceding allegations of this Complaint are incorporated herein by reference.

19.   Defendants are guilty of ongoing and continuous negligent operations, which has damaged the Plaintiffs as aforesaid.

WHEREFORE, the premises considered, Plaintiffs demand judgment against Defendants, jointly and severally, for compensatory damages.

## COUNT FOUR

20.   The preceding allegations of this Complaint are incorporated herein

by reference.

21.     The Defendants should be required to implement such measures as are necessary to abate their waste odor nuisance.

WHEREFORE, the premises considered, Plaintiffs request entry of injunctive relief requiring the implementation of all necessary remediation action as determined by the Court, and in failing to implement same, that the facilities be ordered to cease operation until such actions are effectively implemented, to the satisfaction of the Court, and that the Court further award Plaintiffs reasonable attorney's fees and costs associated therewith.

## COUNT FIVE

22.  The preceding allegations of this Complaint are incorporated herein by reference.

23.  Plaintiffs Barry Yeager and Ramona Yeager are the owners of the property located at 5751 Carol Plantation Rd., Theodore, AL 36582.

24.  Defendants willfully and intentionally failed to meet the 500 foot buffer zone requirement set forth by the Alabama Admin. Code (State Board of Health), Rule 420-3-5-.12(2), which provides, in pertinent part:

(2) Location. The location of a transfer station shall meet the following siting requirements:

"(a) The facility shall be surrounded by buffer zones of the following proportions unless such facility is located in an area zoned industrial or commercial:

"1. 100 feet between the area of transfer activities and all public roads and other property boundaries.

"2. 500 feet between the area of transfer activities or storage of garbage and the nearest residence, school or recreational park in existence at the time the application is filed.

"(b) Facilities located in urbanized areas or other locales that require the use of a small acreage lot may obtain approval from the Board for a reduced buffer zone, provided operations are enclosed and do not create a public health nuisance or hazard.

The regulations that were in place at the time Defendants submitted its permit application required a buffer zone of at least "500 feet between the area of transfer activities or storage of garbage and the nearest residence, school or recreational park." Ala. Admin. Code (State Board of Health), Rule 420–3–5–.12(2)(a)2.

Defendants further failed to notify Plaintiffs of its intention to request a variance to the Rule and are still in operation to this day in violation of the buffer zone requirements.

WHEREFORE, the premises considered, Plaintiffs request entry of judgment against Defendants and implement all necessary remediation action as determined by the Court, and in failing to implement same, that the facilities be ordered to cease operation until such actions are effectively implemented, to the satisfaction of the Court, and that the Court further award Plaintiffs reasonable

attorney's fees and costs associated therewith.

Respectfully Submitted,

*/s/W. Bradford Kittrell*
W. BRADFORD KITTRELL(KIT008)
Attorney for Plaintiff
CITRIN LAW FIRM, P.C.
Post Office Box 2187
1703 Main Street
Daphne, Alabama 36526
Telephone: 251.888.8400
Facsimile: 251.888.8000
BRAD@citrinlaw.com

**PLAINTIFFS DEMAND TRIAL BY JURY**

**DEFENDANTS MAY BE SERVED BY CERTIFIED MAIL**

ADVANCED DISPOSAL SERVICES ALABAMA, LLC
c/o CT Corporation System
2 North Jackson St., Ste. 605
Montgomery, AL 36104

ADVANCED DISPOSAL SERVICES MOBILE TRANSFER STATION, LLC
c/o CT Corporation System
2 North Jackson St., Ste. 605
Montgomery, AL 36104

MR. BULTS, INC.
c/o Corporation Service Company, Inc.
641 S. Lawrence St.
Montgomery, AL 36104

*/s/ W. Bradford Kittrell*
OF COUNSEL



AlaFile E-Notice

02-CV-2019-902914.00

To:   William Bradford Kittrell
      brad@citrinlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

BARRY YEAGER ET AL V. ADVANCED DISPOSAL SERVICES, ALABAMA, LLC ET AL
02-CV-2019-902914.00

The following complaint was FILED on 10/30/2019 12:31:58 PM

Notice Date:      10/30/2019 12:31:58 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2019-902914.00

To:  ADVANCED DISPOSAL SERVICES, ALABAMA, LLC
     5740 CAROL PLANTATION RD
     THEODORE, AL, 36582

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

BARRY YEAGER ET AL V. ADVANCED DISPOSAL SERVICES, ALABAMA, LLC ET AL
02-CV-2019-902914.00

The following complaint was FILED on 10/30/2019 12:31:58 PM

Notice Date:     10/30/2019 12:31:58 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2019-902914.00

To:  ADVANCED DISPOSAL SERVICES MOBILE TRANSFER STATION
     5740 CAROL PLANTATION RD
     THEODORE, AL, 36582

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

BARRY YEAGER ET AL V. ADVANCED DISPOSAL SERVICES, ALABAMA, LLC ET AL
02-CV-2019-902914.00

The following complaint was FILED on 10/30/2019 12:31:58 PM

Notice Date:      10/30/2019 12:31:58 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2019-902914.00

To:   MR. BULT'S, INC.
      2627 E139TH ST.
      BURNHAM, IL, 60633

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

BARRY YEAGER ET AL V. ADVANCED DISPOSAL SERVICES, ALABAMA, LLC ET AL
02-CV-2019-902914.00

The following complaint was FILED on 10/30/2019 12:31:58 PM

Notice Date:     10/30/2019 12:31:58 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2019-902914.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### BARRY YEAGER ET AL V. ADVANCED DISPOSAL SERVICES, ALABAMA, LLC ET AL

**NOTICE TO:** ADVANCED DISPOSAL SERVICES, ALABAMA, LLC, 5740 CAROL PLANTATION RD, THEODORE, AL 36582

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
William Bradford Kittrell ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 2187, Daphne, AL 36526 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of BARRY YEAGER pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 10/30/2019 | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.         /s/ William Bradford Kittrell

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                                    *(Name of County)*

Alabama on _____ .

*(Date)*

_____        _____        _____

*(Type of Process Server)*              *(Server's Signature)*                 *(Address of Server)*

_____

*(Server's Printed Name)*               *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>02-CV-2019-902914.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## BARRY YEAGER ET AL V. ADVANCED DISPOSAL SERVICES, ALABAMA, LLC ET AL

**NOTICE TO:** ADVANCED DISPOSAL SERVICES MOBILE TRANSFER STATION, 5740 CAROL PLANTATION RD, THEODORE, AL 36582

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
William Bradford Kittrell ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 2187, Daphne, AL 36526 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of BARRY YEAGER

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/30/2019 | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ William Bradford Kittrell

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*   *(Name of County)*

Alabama on _____.

*(Date)*

_____   _____   *(Address of Server)*

*(Type of Process Server)*   *(Server's Signature)*   _____

_____   *(Phone Number of Server)*

*(Server's Printed Name)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>02-CV-2019-902914.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### BARRY YEAGER ET AL V. ADVANCED DISPOSAL SERVICES, ALABAMA, LLC ET AL

**NOTICE TO:** MR. BULT'S, INC., 2627 E139TH ST., BURNHAM, IL 60633

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
William Bradford Kittrell

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 2187, Daphne, AL 36526

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of BARRY YEAGER

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 10/30/2019 | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ William Bradford Kittrell

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*              *(Name of County)*

Alabama on _____.

*(Date)*

_____   _____   _____

*(Type of Process Server)*      *(Server's Signature)*         *(Address of Server)*

_____   _____

*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2019-902914.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### BARRY YEAGER ET AL V. ADVANCED DISPOSAL SERVICES, ALABAMA, LLC ET AL

**NOTICE TO:** ADVANCED DISPOSAL SERVICES, ALABAMA, LLC, 5740 CAROL PLANTATION RD, THEODORE, AL 36582

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
William Bradford Kittrell

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE P.O. BOX 2187, Daphne, AL 36526

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of BARRY YEAGER pursuant to the Alabama Rules of the Civil Procedure.

| 10/30/2019 | /s/ JOJO SCHWARZAUER | By: | *[Name(s)]* |
|---|---|---|---|
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

JoJo Schwarzauer, Circuit Clerk

☑ Certified Mail is hereby requested.   /s/ William Bradford Kittrell
*(Plaintiff's/Attorney's Signature)*   MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C936

### RETURN ON SERVICE
205 Government Street
Mobile, Alabama 36644-2936

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County

(Name of Person Served)

Alabama on _____

*(Date)*

_____   _____
*(Type of Process Server)*   *(Server's Signature)*

_____
*(Server's Printed Name)*

**02-CV-2019-9029...**
BARRY YEAGER ET AL. V. ADVANCED DISPOSAL...

C001 - BARRY YEAGER                 v.         D00...
*(Plaintiff)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 0700 0000 3957 6170

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2019-902914.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**BARRY YEAGER ET AL V. ADVANCED DISPOSAL SERVICES, ALABAMA, LLC ET AL**

**NOTICE TO:** ADVANCED DISPOSAL SERVICES MOBILE TRANSFER STATION, 5740 CAROL PLANTATION RD, THEODORE, AL 36582

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
William Bradford Kittrell

*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE P.O. BOX 2187, Daphne, AL 36526

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of BARRY YEAGER
pursuant to the Alabama Rules of the Civil Procedure.                                *[Name(s)]*

| 10/30/2019 | /s/ JOJO SCHWARZAUER | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.         /s/ William Bradford Kittrell Schwarzauer, Circuit Clerk
                                              *(Plaintiff's/Attorney)* MOBILE COUNTY-CIVIL DIVISION
                                              Mobile Government Plaza, Room C936
**RETURN ON SERVICE** 205 Government Street

☐ Return receipt of certified mail received in this office on _____ Mobile, Alabama 36644-2936
                                                                          *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

_____ in _____ County,

*(Name of Person Served)*

Alabama on _____
              *(Date)*

_____     _____
*(Type of Process Server)*        *(Server's Signature)*

                              _____
                              *(Server's Printed Name)*

                              02-CV-2019-9...
                              BARRY YEAGER ET AL V. ADVANCED DISPO...

C001 - BARRY YEAGER              v.

*(Plaintiff)*

| **U.S. Postal Service™**<br>**CERTIFIED MAIL® RECEIPT**<br>Domestic Mail Only | |
|---|---|
| For delivery information, visit our website at *www.usps.com®*. | |
| O F F I C I A L   U S E | |
| Certified Mail Fee<br>$ | |
| Extra Services & Fees *(check box, add fee as appropriate)*<br>☐ Return Receipt (hardcopy)  $ _____<br>☐ Return Receipt (electronic)  $ _____<br>☐ Certified Mail Restricted Delivery  $ _____<br>☐ Adult Signature Required  $ _____<br>☐ Adult Signature Restricted Delivery $ _____ | Postmark<br>Here |
| Postage<br>$ | |
| Total Postage and Fees<br>$ | |
| Sent To | |
| Street and Apt. No., or PO Box No. | |
| City, State, ZIP+4® | |
| PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions | |

SERVICE RETURN COPY

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2019-902914.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### BARRY YEAGER ET AL V. ADVANCED DISPOSAL SERVICES, ALABAMA, LLC ET AL

**NOTICE TO:** MR. BULT'S, INC., 2627 E139TH ST., BURNHAM, IL 60633

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
William Bradford Kittrell

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 2187, Daphne, AL 36526

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of BARRY YEAGER pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 10/30/2019 | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ William Bradford Kittrell

*(Plaintiff's Attorney Signature)*   JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY CIVIL DIVISION

### RETURN ON SERVICE   Mobile Government Plaza, Room C936
205 Government Street
☐ Return receipt of certified mail received in this office on _____   Mobile, Alabama 36644-2936

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
Alabama on _____

*(Name of Person Served)*   *(Date)*   *(Name of County)*

_____
*(Type of Process Server)*   *(Server's Signature)*

_____
*(Server's Printed Name)*

02-CV-2019-90...
BARRY YEAGER ET AL V. ADVANCED DISPOS...

C001 - BARRY YEAGER   v.
*(Plaintiff)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 3570 0001 6194

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ADVANCED DISPOSAL SERVICES, ALABAMA, LLC
5740 CAROL PLANTATION RD
THEODORE, AL 36582

9590 9402 5277 9154 8077 28

2. Article Number (transfer from service label)

7019 0700 0000 3957 6170

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _K M. Donald_    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

_K McDonald_    _11-1-19_

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

_01-CV-2019-902914_

_CES_

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Re...

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 5077 9154 8077 28

* Sender: Please print your name, address, and ZIP+4® in this box•

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C936
205 Government Street,
Mobile, Alabama 36644-2936

2019 NOV -4   AM 10:14

United States
Postal Service

STATE OF ALA
PLEADING WA



AlaFile E-Notice

02-CV-2019-902914.00

Judge: JAMES T. PATTERSON

To: KITTRELL WILLIAM BRADFORD
brad@citrinlaw.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

BARRY YEAGER ET AL V. ADVANCED DISPOSAL SERVICES, ALABAMA, LLC ET AL
02-CV-2019-902914.00

The following matter was served on 11/1/2019

**D001 ADVANCED DISPOSAL SERVICES, ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ADVANCED DISPOSAL SERVICES MOBILE TRANSFER STATION

5740 CAROL PLANTATION RD

THEODORE, AL 36582

02-CV-2019-902914

9590 9402 5277 9154 8077 04

2. Article Number (Transfer from service label)

7019 0700 0000 3957 6187

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _K. McDonald_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

K. McDonald   11-1-19

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form ... Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 5277 9154 8077 04

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Jo Jo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C936
205 Government Street
Mobile, Alabama 36644-2936

2019 NOV -7    AM 10: 51



AlaFile E-Notice

02-CV-2019-902914.00

Judge: JAMES T. PATTERSON

To:  KITTRELL WILLIAM BRADFORD
     brad@citrinlaw.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

BARRY YEAGER ET AL V. ADVANCED DISPOSAL SERVICES, ALABAMA, LLC ET AL
02-CV-2019-902914.00

The following matter was served on 11/1/2019

**D002 ADVANCED DISPOSAL SERVICES MOBILE TRANSFER STATION**
**Corresponding To**
CERTIFIED MAIL

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| _____ | * |
| _____ | * |
| Plaintiff(s) | * |
| vs. | * |
| _____ | * |
| _____ | * |
| Defendant(s) | * |

CIVIL ACTION NO. _____

DATE COMPLAINT FILED _____

## ASSIGNMENT TO EXPEDIATED CASE MANAGEMENT SYSTEM AND GENERAL PRE-TRIAL ORDER

This case has been placed on the Expedited Case Management System which is designed to dispose of a case within 12 months after filing.

## OBJECTION TO INCLUSION IN SYSTEM

If a party to this cause believes that the cause is extremely complex or will involve unique problems and will be impossible to prepare for trial within the time frame of the system, he may, within 40 days after the date of this order, or if the party has not been served at the date of this order, within 40 days after service, file a motion requesting that the cause not be included in the system and that the parties be allowed additional time to prepare the cause for trial. A motion filed later than the aforesaid 40 days will not be considered by the Court. Oral argument may be requested on an exclusion motion. If a cause is excluded from the system by the Court, a discovery schedule will be set by the Court after conference with the parties. If a case is so excluded the general pre-trial portion of this order will remain in effect unless specifically altered by the Court.

## DISCOVERY

Unless the Court sets a shorter time, all pre-trial discovery shall be completed within 270 days after filing of the complaint unless party filing the Motion to Set and Certificate of Readiness requests an additional period of time, not to exceed 60 days, and certifies that all discovery will be concluded within that time. Notwithstanding the foregoing, for good cause shown, the Court may permit, or the parties may agree, that additional discovery procedures be undertaken anytime prior to trial, so long as such discovery can be completed so as not to require a continuance of the trial setting.

## MOTION TO SET AND CERTIFICATE OF READINESS

Counsel for the plaintiff shall, and counsel for any other party may, file a Motion to Set and Certificate of Readiness, which shall be filed not later than 270 days after the filing of the complaint. If such a motion is not filed by the 280th day, the Court will place the case marked "To Be Dismissed" on a disposition docket as near as possible to the 300th day and send notice of such to all parties. If a Motion to Set and Certificate of Readiness is not received by the Court prior to the disposition date, the case will be dismissed.

The Motion to Set and Certificate of Readiness will be in a form similar to that available of in the clerk's office and will contain the following information:

(1)   The date the complaint was filed;

(2)   That the issues in the case have been defined and joined;

(3)   That all discovery has been completed or will be completed within 60 days after the filing of the Certificate of Readiness;

(4)   That a jury trial has or has not been demanded;

(5)   The expected length of the trial expressed in hours and/or days;

(6)   A brief description of the plaintiff's claim;

(7)   The names, addresses and telephone numbers of the parties or their attorneys responsible for their litigation;

(8)   That the movant certifies that all expert witnesses expected to testify at trial have been disclosed to all parties, together with a summary of their opinions;

(9)   That the movant acknowledges his/her responsibility to make all documents, exhibits, and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 days prior to trial, for inspection and copying;

(10)   That the movant certifies that he/she has read the pre-trial order, that he/she has complied with it to date and will comply with its requirements in the future.

The filing by the plaintiff of a Motion to Set and Certificate of Readiness constitutes the voluntary dismissal of all fictitious parties whose true names have not been substituted.

## CONTROVERTING CERTIFICATE

Within 14 days after a Motion to Set and Certificate of Readiness has been filed, counsel for any other party may file a Controverting Certificate specifying the particular statements contained in the Certificate of Readiness to which objection is made, and the reasons therefore. Oral argument may be requested. The Court shall thereupon enter an order placing the case on the Active Calendar either immediately or, where good cause is shown, at a specified later date.

## ACTIVE CALENDAR

Fourteen days after a Motion to Set and Certificate of Readiness is filed, if a Controverting Certificate has not been filed, the case shall be placed on the Active Calendar, unless otherwise ordered by the Court.

## SETTING FOR TRIAL

Unless specifically set by the Court, cases on the Active Calendar shall be set for trial generally in the same order as they came on the Active Calendar and as soon as possible. Preference shall be given to cases which by statute, rule or order of the Court are entitled to priority. Counsel shall be given at least sixty days notice of the trial date.

## DELAY

When a case has been set for trial, no postponement of the trial will be considered by the Court except on a written motion substantially in the form previously approved by the Court. (Obtain from the Court a Request for Delay form.)

NOTIFICATION OF SETTLEMENT

In order to provide other litigants with prompt trial settings all attorneys shall notify the Court of settlement, regardless of to status or state of the case (discovery stage, active calendar or trial calendar).

### GENERAL PRE-TRIAL ORDER

To expedite pre-trial and trial procedure, it is ORDERED by the Court that the following will apply:

1.    EXHIBITS, DOCUMENTS, AND PHYSICAL EVIDENCE, GENERALLY

a.    Each party shall identify in writing to all other parties and shall make all documents, exhibits and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 says prior to trial, for inspection and copying. The same shall then be authenticated and admitted into evidence without further proof, unless written objections to any such documents or exhibits be made to the Court not less than 14 days prior to trial specifying the grounds of objection to the genuineness and relevancy of the proposed document, exhibit, or physical evidence. The requirement does not apply to documents, exhibits and physical evidence used solely as impeachment evidence.

b.    Documents, exhibits or physical evidence not timely exhibited to or made available to other parties prior to trial under this Order will not be admitted into evidence at the trial unless solely for impeachment purposes or unless the ends of justice so require.

c.    Documents, exhibits or physical evidence so admitted hereunder shall be presented to the court reporter for marking in evidence prior to trial.

2.    DOCTOR, HOSPITAL AND MEDICAL RECORDS

a.    If applicable, all doctor, medical and hospital bills shall be sent to or made available to all parties not less than 21 days before trial and shall be admitted in evidence as reasonable without further proof, unless written objection to any such bills be made to the Court no less than 14 days before trial specifying the grounds for objection.

b.    Any such bills not timely exhibited to the other parties will not be admitted in evidence at trial unless the ends of justice so require.

c.    The bills so admitted shall be presented to the court reporter for marking in evidence prior to trial.

3.    DAMAGES

a.    All parties seeking special damages shall furnish the other parties with a list thereof not less than 21 days before trial. Written objections thereto may be made not less than 14 days before trial specifying the grounds of objections.

b.    Evidence of special damages claimed, but not timely exhibited to other parties, will not be admitted into evidence unless the ends of justice so require.

4.    AGENCY-TIME AND PLACE-DUTY

a.    Agency and the time and place of the incident involved, if alleged in the complaint, and, if a negligence case, the existence of a duty, are admitted and the parties are deemed correctly named and designated unless specifically denied by answer or unless written objection is made not less than 14 days before trial. The objections shall include the correct name and entity and/or the grounds relied on.

5.    **EXPERTS**

a.    Unless previously obtained by discovery, each party will furnish to all other parties the names, addresses and qualifications of all expert witnesses expected to testify, together with a brief summary of their opinions. Such disclosure of experts shall be made by the party filing the Motion to Set and Certificate of Readiness not later than the time of filing such motion. Disclosure by all parties shall be made not later than 14 days after the filing of the Motion to Set and Certificate of Readiness.

b.    Disclosure of experts in cases not included in the Fasttrack system shall be made by all parties not less than 60 days before trial.

c.    Unless written objection to the qualifications of an expert is made not later than 30 days before trial, stating grounds, the qualification of such experts will be admitted.

d.    Upon calling an expert to testify at trial, the attorney may state to the Court and jury the name, address and summary of the qualifications of the expert.

6.    **JURY INSTRUCTIONS**

If the case is to be tried by a jury, requested written charges shall be submitted to the Court not later than the close of the plaintiff's case, subject to supplementation during the course of the trial on matters which could not be reasonably anticipated. Each requested charge will be typed on letter sized paper and identified by the party's last name and shall be numbered.

7.    **JURY SELECTION**

Before the commencement of trial, the parties will furnish or advise the court, outside the presence of the jury, the names of all insurance companies involved and any special voir dire questions for the purpose of qualifying the jury.

8.    **DUTY TO SUPPLEMENT DISCOVERY**

All parties are under duty to supplement responses to discovery as provided by Rule 26(e)(3) ARCP which should be done not less than 30 days before trial.

9.    **MOTIONS GENERALLY**

If motion to strike or motion to dismiss a pleading is filed, the Court will not consider such unless a copy of the pleading sought to be struck or dismissed is attached thereto.

10.    **CONFLICTS**

In the event of scheduling conflict affected counsel shall comply with the Attorney Calendar Conflict Resolution Order of the Alabama Supreme Court.

It is further ORDERED by the Court that the Court will reconsider any portion of the General Pre-Trial Order upon timely application by any party.

Done this the _____ day of _____

Presiding Judge, John R. Luckett

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. BULTS, INC.
2627 E139TH ST.
BURNHAM, IL 60633



9590 9402 5277 9154 8076 98

2. Article Number *(Transfer from service label)*

7019 0700 0000 3957 6194

PS

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                            ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
                                    11/4/19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No



3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

2019 NOV 2B

CLERK

A. MOBILE C6
RTIFY THIS
AS FILED C

AM..
RCUIT DI..TE

* Sender: Please print your name, address, and ZIP+4® in this box•

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room 0936
205 Government Street
Mobile, Alabama 36644-2936

USPS TRACKING #

9590 9402 5277 9154 8076 98

United States
Postal Service



AlaFile E-Notice

02-CV-2019-902914.00

Judge: JAMES T. PATTERSON

To:  KITTRELL WILLIAM BRADFORD
     brad@citrinlaw.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

BARRY YEAGER ET AL V. ADVANCED DISPOSAL SERVICES, ALABAMA, LLC ET AL
02-CV-2019-902914.00

The following matter was served on 11/4/2019

**D003 MR. BULT'S, INC.**

**Corresponding To**

CERTIFIED MAIL

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov