IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BARRY YEAGER and RAMONA YEAGER,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  1:19-1040-KD-N |
| ) | |
| **ADVANCED DISPOSAL SERVICES ALABAMA, LLC; ADVANCED DISPOSAL SERVICES MOBILE TRANSFER STATION, LLC; and MR. BULT'S, INC.,** ) ) ) ) ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Order entered this date granting the Motions for Summary Judgment filed by Defendants Mr. Bult's, Inc., Advanced Disposal Services Alabama, LLC, and Advanced Disposal Services Mobile Transfer Station, LLC, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendants and against Plaintiffs Barry and Ramona Yeager.

**DONE** and **ORDERED** this the 19th day of **January 2022**.

 s / Kristi K DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE